IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY - 8 2009

FILED

| | |
|---|---|
| PHILLIP SCHERRER<br>  Petitioner<br>  v.<br>UNITED STATES OF AMERICA<br>  Respondent | CIVIL NO. 08-CV-02-SM |

## ORDER

In view of the motion for a psychiatric/mental evaluation filed by the Government regarding petitioner Phillip Scherrer, it is hereby ORDERED that a psychiatric/mental evaluation of petitioner be made to determine whether he was competent at the time following the filing of criminal charges to consult and aid his counsel in his defense, and during the change of plea hearing, pursuant to Title 18, United States Code, Sections 4241 (a) & (b). *And, to provide an opinion with respect to Defendant's ability to offer a knowing, voluntary, and intelligent plea of guilty on March 6, 2004, given the medications administered at that time.*

The Court ORDERS that the psychiatric/mental evaluation as above described will be made at the facilities of the Butner Federal Correctional Facility located in North Carolina, as available. The Government and petitioner, through their respective counsel, shall submit copies of all available and relevant records to the Butner Federal Correctional Facility located in North Carolina for conducting petitioner's mental evaluation and in order to assist in the psychiatric/mental evaluation of the petitioner.

It is further ORDERED that such facility shall expeditiously report in writing to this Court the results of said psychiatric/mental evaluations and examinations, by furnishing a copy to the United States Attorney for the District of New Hampshire through the Assistant United States Attorney handling the case and the attorney for petitioner, to their respective addresses of record.

The United States Marshal's Office for this District is ORDERED to make all necessary arrangements and transfer petitioner <u>immediately</u> to the Butner Federal Correctional Facility located

in North Carolina, in order to have the psychiatric/mental evaluation and, that <u>once the evaluation is concluded</u>, it is ORDERED to <u>return petitioner forthwith</u> to the District.

It is hereby ORDERED that no statement made by petitioner during the course of the above described examination shall be admissible against him on the issue of guilt or innocence in any criminal proceeding.

IT IS SO ORDERED.

In Concord, New Hampshire, this 8th day of May, 2009.

_____
STEVEN McAULIFFE
Chief, U.S. District Judge