UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Phillip S. Scherrer</u>

    v.                                        Civil Case No. 08-cv-2-SM

<u>United States of America</u>

**O R D E R**

In light of Dr. Channell's Forensic Mental Health Evaluation Report, it would appear that relief under § 2255 in the nature of vacating petitioner's conviction and sentence should be granted. The government shall advise the clerk of its agreement, in which case an order will issue, or its disagreement, in which case a hearing on the petition will be scheduled.

    **SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

September 11, 2009

cc:  Liam D. Scully, Esq.
     Aixa Maldonado-Quinones, Esq., AUSA